IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In Re DMCA Subpoena to
Namecheap, Inc.

Case No. _____

### DECLARATION OF DAVID WESLOW

I, David Weslow, counsel of record for Fox News Network, LLC ("Fox News") in the above-reference matter, hereby declare as follows:

1. I am a partner at Wiley Rein LLP and licensed to practice law in the State of Maryland and the District of Columbia.

2. I am authorized to act on behalf of Fox News.

3. I submit this declaration in support of Fox News's request for issuance to Namecheap, Inc. ("Namecheap") of a subpoena pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(h) (the "Section 512(h) Subpoena"), to identify Namecheap's customer in relation to the Internet domain name PehalNews.in.

4. Pursuant to 17 U.S.C. § 512(c)(3)(A), Fox News submitted a notification to Namecheap identifying the infringing content transmitted by the aforementioned user and providing the information required by 17 U.S.C. § 512(c)(3)(A). A true and accurate copy of the submitted notification is attached hereto as Attachment 1.

5. The purpose for which this Section 512(h) Subpoena is sought is to obtain the identity of an alleged infringer or infringers and such information will only be used for the purpose of protecting Fox News's rights under title 17 of the United States Code.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 20, 2022.

_____
David Weslow